■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC STAINE, Appellant. [22 NYS3d 894]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 5, 2008 (*People v Staine*, 48 AD3d 489 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered March 8, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dillon, Roman and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEITH THIGPEN, Defendant. [22 NYS3d 896]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered April 29, 2014.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Chambers, J.P., Roman, Sgroi and Barros, JJ., concur.